Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Benjamin R. Buchwalter (State Bar No. 301130)
bbuchwalter@fbm.com
Margaret J.C. Salisbury (State Bar No. 354442)
msalisbury@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISMAEL DELACRUZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[LOS ANGELES COUNTY SUPERIOR COURT; CASE NO 25STCV34656] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF ISMAEL DELACRUZ:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Los Angeles.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION

47964\20808129.1

## I.  FACTUAL AND PROCEDURAL BACKGROUND

On November 25, 2025, Plaintiff Ismael Delacruz ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Los Angeles, entitled *Ismael Delacruz v. Amazon.com Services LLC*, Case No. 25STCV34656. A true and correct copy of the Complaint (hereinafter the "Complaint"), together with its Civil Case Cover Sheet and Summons, is attached as **Exhibit A** to the Declaration of Benjamin R. Buchwalter submitted concurrently herewith. *See* Declaration of Benjamin R. Buchwalter, ¶ 2 ("Buchwalter Decl.").

In his Complaint, Plaintiff alleges ten causes of action against Amazon.com Services LLC: (1) Wrongful Termination in Violation of Public Policy; (2) Whistleblower Retaliation; (3) Retaliation for Exercising Labor Code Rights; (4) Failure to Provide Meal Periods; (5) Failure to Pay Overtime Wages; (6) Failure to Pay Final Wages; (7) Failure to Provide Accurate Wage Statements; (8) Failure to Maintain Required Payroll/Employment Records; (9) Failure to Provide Employment Records Upon Request; and (10) Unfair Business Practices. See Buchwalter Decl. ¶ 2, **Ex. A**. Plaintiff seeks payment general damages, special damages, exemplary/punitive damages, past and future lost pay, emotional distress damages, attorneys' fees, costs of suit, interest provided by law, and for such other and further relief as the Court deems proper and just. *Id*. at pp.19-20.

On December 9, 2025, Defendant was served with Plaintiff's Complaint. Buchwalter Decl. ¶ 2, **Ex. B**. On January 7, 2026, Defendant timely answered Plaintiff's Complaint in State Court. Buchwalter Decl. ¶ 3, **Ex. C**.

## II.  THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." See 28 U.S. § 1446(b)(2)(B).

## III.  THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION

2

47964\20808129.1

the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States").

First, Plaintiff and Amazon are citizens of different states. Plaintiff's Complaint alleges that he was employed by Amazon in the county of Los Angeles. *See* Buchwalter Decl., ¶ 2; **Exh. A** at ¶1.

Defendant Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC's corporate headquarters and principle place of business has been in Seattle, Washington. Amazon.com Services LLC is now and has been organized under the laws of the State of Delaware. *See* Buchwalter Decl., ¶ 4; **Exh. D** (Washington Secretary of State Statement of Information for Amazon.com Services LLC listing principal offices in Seattle, Washington and organized under Delaware law). Amazon.com Services LLC's only member is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. *See* Buchwalter Decl., ¶ 5; **Exh. E** (Washington Secretary of State Statement of Information for Amazon.com, Sales Inc. listing principal offices in Seattle, Washington and organized under Delaware law).

In addition, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks general damages, damages for past and future medical expenses; lost wages and other benefits, interest as provided by law, attorneys' fees, experts' fees and costs, and any other relief that as the Court may deem proper. *See* Buchwalter Decl., ¶ 2; **Exh. A** at pp.19-20.

Federal courts in California have routinely found that the amount-in-

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION

3

47964\20808129.1

controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Arauz v. MAC Cosmetics, Inc.*, No. 2:22-cv-01663-MCE-KJN, 2023 WL 3293336, at *2–4 (E.D. Cal. May 5, 2023) (amount-in-controversy requirement satisfied in harassment and retaliation case seeking general, compensatory, and punitive damages, attorneys' fees and costs, and loss of earnings); *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F.Supp.2d 1029, 1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees). Thus, removal is proper based on this Court's diversity jurisdiction.

### IV.   <u>VENUE IS PROPER IN THIS COURT</u>

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Los Angeles, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

### V.   <u>NOTICE OF REMOVAL</u>

Amazon will promptly serve this Notice of Removal upon Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION

4

47964\20808129.1

the State of California, County of Los Angeles.


Dated:  January 8, 2026                    FARELLA BRAUN + MARTEL LLP


By: _____
                    Benjamin R. Buchwalter

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION

5

47964\20808129.1