JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAEL DELACRUZ,<br>Plaintiff,<br>v.<br>AMAZON.COM LLC, et al.,<br>Defendants. | Case No. CV 26-210-MWF(CTSx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice. (Docket No. 17). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. This action, including all claims asserted therein against all Defendants, including DOES 1 through 10, inclusive, is DISMISSED in its entirety with prejudice.
2. Except as otherwise provided in the parties' settlement agreement, each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 19, 2026

MICHAEL W. FITZGERALD
United States District Judge